# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00242-RJC-SCR

| | |
|---|---|
| **PRISCILLA WILLIAMS, et. al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **THE CHARLOTTE-MECKLENBURG** ) | |
| **HOSPITAL AUTHORITY,** ) | |
| ) | |
| **Defendant.** ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Pierre-Joseph Noebes]" (Doc. No. 69) filed May 10, 2023. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: May 10, 2023

_____
Susan C. Rodriguez
United States Magistrate Judge