# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| Priscilla Williams, Kimberly Napier, Penny Wolfe, Sandy Wizzard, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>The Charlotte-Mecklenburg Hospital Authority, d/b/a Atrium Health,<br><br>Defendant. | Civil Action No. 3:20-cv-00242<br><br>NOTICE OF APPEARANCE |

NOW COMES the undersigned attorney, Jasmine R. Little, of the law firm of Littler Mendelson, P.C., and hereby enters a notice of appearance in this case on behalf of Defendant The Charlotte-Mecklenburg Hospital Authority, d/b/a Atrium Health.

Dated: May 22, 2023

/s/ Jasmine R. Little
Jasmine R. Little, Bar No. 55763
jlittle@littler.com
Stephen D. Dellinger, Bar No. 16609
sdellinger@littler.com
Elizabeth H. Pratt, Bar No. 46132
epratt@littler.com
Leslie A. Dent, *admitted pro hac vice*
ldent@littler.com
Pierre-Joseph Noebes, *admitted pro hac vice*
pnoebes@littler.com
LITTLER MENDELSON, P.C.
620 South Tryon Street, Suite 950
Charlotte, NC 28202
Telephone:704.972.7000
Facsimile:704.333.4005

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

This is to certify that on May 22, 2023, the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the following CM/ECF participants in this case.

L. Michelle Gessner
GESSNERLAW, PLLC
602 East Morehead Street
Charlotte, NC 28202
michelle@mgessnerlaw.com

*Attorney for Plaintiffs*

/s/ Jasmine R. Little
Jasmine R. Little, Bar No. 55763
jlittle@littler.com
Stephen D. Dellinger, Bar No. 16609
sdellinger@littler.com
Elizabeth H. Pratt, Bar No. 46132
epratt@littler.com
Leslie A. Dent, *admitted pro hac vice*
ldent@littler.com
Pierre-Joseph Noebes, *admitted pro hac vice*
pnoebes@littler.com
LITTLER MENDELSON, P.C.
620 South Tryon Street, Suite 950
Charlotte, NC 28202
Telephone:704.972.7000
Facsimile:704.333.4005

*Attorneys for Defendant*