IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Priscilla Williams, Kimberly Napier, Penny Wolfe, Sandy Wizzard, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>The Charlotte-Mecklenburg Hospital Authority, d/b/a Atrium Health,<br><br>Defendant. | Civil Action No. 3:20-cv-00242-RJC-SCR<br><br>**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND FOR ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Defendant The Charlotte-Mecklenburg Hospital Authority, d/b/a Atrium Health, Inc. ("Defendant"), and Plaintiffs Priscilla Williams, Kimberly Napier, Penny Wolfe and Sandy Wizzard, individually and on behalf of all others similarly situated, including all opt-in plaintiffs, (collectively hereinafter "Plaintiffs") (Plaintiff and Defendant will be referred to collectively as the "Parties"), through their undersigned counsel, respectfully jointly move the Court to: (1) approve the Settlement Agreement entered into between the Parties; (2) enter an Order dismissing with prejudice all of the claims alleged in the lawsuit against Defendant by Plaintiffs; and (3) retain jurisdiction over this matter to enforce the terms of the Parties' Settlement Agreement until all payments set forth in the Settlement Agreement have been made. In Support of this Motion, the Parties are concurrently submitting a Memorandum of Law in Support of Joint Motion for Approval of Settlement Agreement and for Order of Dismissal with Prejudice.

WHEREFORE, the Parties hereby request that this Court grant this Motion and enter the proposed Order approving the Settlement Agreement and dismissing this action with prejudice.

Respectfully submitted December 26, 2023.

| | |
|---|---|
| */s/ L. Michelle Gessner* | */s/ Stephen D. Dellinger* |
| L. Michelle Gessner, Bar No. 26590 | Stephen D. Dellinger, Bar No. 16609 |
| michelle@mgessnerlaw.com | sdellinger@littler.com |
| GESSNERLAW, PLLC | Jasmine R. Little, Bar No. 55763 |
| 602 East Morehead Street | jlittle@littler.com |
| Charlotte, NC 28202 | LITTLER MENDELSON, P.C. |
| Telephone: 704.234.7442 | Bank of America Tower |
| Facsimile: 980.206.286 | 620 South Tryon Street, Suite 950 |
| | Charlotte, NC 28202 |
| *Attorneys for Plaintiffs and Putative Class* | Telephone: 704.972.7000 |
| | Facsimile: 704.333.4005 |

Leslie A. Dent, *Admitted Pro Hac Vice*
ldent@littler.com
Pierre-Joseph Noebes, *Admitted Pro Hac Vice*
pnoebes@littler.com
LITTLER MENDELSON, P.C.
3424 Peachtree Road N.E., Suite 1200
Atlanta, GA 30326.1127
Telephone: 404.233.0330
Facsimile: 404.233.2361

*Attorneys for Defendant*