| | |
|---|---|
| PRISCILLA WILLIAMS, KIMBERLY NAPIER, PENNY WOLFE, and SANDY WIZZARD, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>          v.<br><br>THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY,<br><br>          Defendant. | <u>**Order**</u> |

**THIS MATTER** is before the Court on the Parties' Joint Motion for Approval of Settlement Agreement and for Order of Dismissal with Prejudice, (Doc. No. 96), filed on December 26, 2023.

This case involves claims under the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621, *et seq.* ("ADEA"), Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* ("Title VII"), North Carolina public policy and the North Carolina Equal Employment Practices Act, N.C.G.S. §§ 143-422.1, *et seq.*, the Americans with Disabilities Act Amendments Act of 2008, 42 U.S.C. § 12111, *et seq.* ("ADAAA"), and the Family Medical Leave Act, 29 U.S.C. § 2601, *et seq.* ("FMLA").

The Court acknowledges that this Order is a judicial approval of a reasonable compromise, not a finding, conclusion, or reflection of any admission of a violation of the ADEA, Title VII, North Carolina public policy, ADAAA, or FMLA, willful,

1

intentional, or otherwise. The Court has reviewed the Parties' Joint Motion and the Settlement and General Release ("Settlement Agreement"). The Court observes that there are bona fide disputes over application of the relevant provisions of the ADEA, Title VII, North Carolina public policy, ADAAA, and FMLA. In light of these legitimate disputes, the Court concludes that the parties' Settlement Agreement reflects a fair and reasonable resolution of these bona fide disputes.

**IT IS, THEREFORE, ORDERED** that:

1. The Joint Motion for Approval of Settlement Agreement and for Order of Dismissal with Prejudice, (Doc. No. 96), is **GRANTED**;

2. The settlement reached by the Parties is **APPROVED**;

3. The monetary distribution as to Plaintiffs and Plaintiffs' counsel as described in the Settlement Agreement is **APPROVED** and Defendant is **ORDERED** to make payments accordingly;

4. Plaintiffs' claims are **DISMISSED** with prejudice and each party is to bear her or its own expenses and attorneys' fees as provided in the Settlement Agreement; and

5. The Court retains jurisdiction over this matter for the purposes of enforcing the terms of the parties' Settlement Agreement.

**SO ORDERED**.

Signed: February 28, 2024

Robert J. Conrad, Jr.
United States District Judge